UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:13-CR-55-TAV-HBG |
| ) | |
| CHARLES JOSEPH GREER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This criminal case is before the Court on the Report and Recommendation entered by United States Magistrate Judge H. Bruce Guyton on June 30, 2017 (the "R&R") [Doc. 41]. In the R&R, Judge Guyton recommends that the defendant's *pro se* motions for return of property be granted [Docs. 34, 40]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51.

After a careful review of the R&R, the Court is in agreement with Judge Guyton's analysis and recommendations, which the Court adopts and incorporates into its ruling. Therefore, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 41], and the defendant's *pro se* motions for return of property [Docs. 34, 40] are **GRANTED**. The Court hereby **ORDERS** the following:

1. That defendant Charles Greer send a letter to AUSA Jennifer Kolman[1] designating the individual he authorizes to take custody of his property and providing contact information for that person;

---
[1] The Court notes that the R&R provides an address for AUSA Kolman.

2. That within one month of receipt of Defendant Greer's letter, AUSA Kolman or her designee return the property outlined by Judge Guyton in the R&R;

3. That AUSA Kolman or her designee release the property to the individual designated by Defendant Greer. This individual must present identification and sign for the property.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE